**RONALD V. UY, SBN 177157**
**LAW OFFICE OF UY & HENRIOULLE**
**An Association of Attorneys**
**1212 Broadway, Suite 820**
**Oakland, CA 94612**
**Telephone:  (510) 835-3730**
**Facsimile:  (510) 835-3731**

Attorney for Plaintiff
EDUARDO P. BALTAZAR&
ELODIA BV.BALTAZAR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO P. BALTAZAR & ELODIA V. BALTAZAR, <br><br> Plaintiffs <br><br> vs. <br><br> LUTHER BURBANK SAVINGS; STEWART TITLE OF SACRAMENTO;  and DOES 1-100, inclusive, <br><br> Defendants | Case No.  2:10-cv-02575-MCE-DAD <br><br> **REQUEST FOR DISMISSAL OF ACTION AGAINST DEFENDANT  STEWART TITLE OF SACRAMENTO AND ORDER THEREON** |

Plaintiffs, EDUARDO P. BALTAZAR & ELODIA V. BALTAZAR, through their counsel of record and Defendant, STEWART TITLE OF SACRAMENTO, through its attorney of record, do hereby request that all causes of action in the above action against Defendant STEWART TITLE OF SACRAMENTO be hereby dismissed without prejudice with each party bearing their respective attorneys fees and costs and that the Court issue an order accordingly.

Dated: November 9, 2010          /s/ Stevan J. Henrioulle
                                 STEVAN J. HENRIOULLE, Attorney for Plaintiffs
                                 EDUARDO P. BALTAZAR & ELODIA V. BALTAZAR

Dated: November 10, 2010         /s/ Jennifer E. Duggan
                                 JENNIFER E. DUGGAN, Attorney for Defendant
                                 STEWART TITLE OF SACRAMENTO

   **F**OR GOOD CAUSE APPEARING, the Complaint and all causes of action there, as to

Defendant STEWART TITLE OF SACRAMENTO is hereby dismissed without prejudice, with

all parties bearing the respective attorneys fees and costs.

   IT IS SO ORDERED.

DATED:  November 16, 2010

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE