UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EDUARDO P. BALTAZAR and ELOIDA V. BALTAZAR,

       Plaintiffs,

  v.

LUTHER BURBANK SAVINGS, et al.,

       Defendants.

No. 2:10-cv-02575-MCE-DAD

ORDER

Plaintiffs Eduardo and Eloida Baltazar ("Plaintiffs") filed a Complaint against Defendants Luther Burbank Savings and Fidelity National Title Company ("Defendants") in Sacramento Superior Court, alleging thirteen violations of state law, including fraud and breach of fiduciary duty.  The dispute arises from Defendants executing a valid promissory note and deed of trust on property Plaintiffs owned after their debts remained unpaid.

///

///

1

1    Simultaneously, Plaintiffs are undergoing Chapter Eleven
2 proceedings in the United States Bankruptcy Court, Eastern
3 District of California (Case No. 09-25829-c-11 DCN CLH-005),
4 where Defendants are classified as secured creditors as part of
5 Plaintiffs' bankruptcy and reorganization.
6    Defendants removed the case to this Court for the following
7 reasons: (1) On August 2, 2010, the Bankruptcy Court issued an
8 order approving the Second Amended Plan of Reorganization (the
9 "Plan"), which provides for a plan to organize and resolve
10 Plaintiffs' financial obligations to Defendants; (2) In approving
11 the Plan, the Bankruptcy Court specifically declined to retain
12 jurisdiction to resolve disputes related to the Plan, including
13 enforcing claims that could be raised by either party; and as
14 such, (3) the Plan has the effect of final judgment, Plaintiffs'
15 claims in the complaint are duplicative of the issues raised in
16 the Plan, and the Bankruptcy case generally, and Plaintiffs
17 should be precluded from asserting such duplicative actions in
18 state court.
19     Currently before the Court are two motions: Defendant Luther
20 Burbank Savings' Motion to Dismiss the Complaint, and their
21 Motion for Sanctions against Plaintiffs.  The Motions are
22 unopposed by Plaintiffs.
23    Based on Defendants' assertions and the Bankruptcy Court's
24 Plan, the Court can find no reason to either remand the case, or
25 interfere with the Bankruptcy Court's order.  The issues
26 presented in Plaintiffs' complaint are addressed in the
27 Bankruptcy Court Plan.
28 ///

Therefore, this case is Dismissed with prejudice.  Defendants' Motions to Dismiss and for Sanctions (ECF Nos. 4 and 5, respectively) are DENIED as moot.  The clerk is ordered to close the case.

    IT IS SO ORDERED.

Dated: December 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE